UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

JEROME ALLAMBY,

        Plaintiff,

-against-      **CIVIL JUDGMENT**

UNITED STATES OF AMERICA,     05-CV-06052 (ARR)

        Defendant.
───────────────────────────────X

      Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

                              ALLYNE R. ROSS
                              United States District Judge

Dated: Brooklyn, New York
       February 7, 2006